HENRY B. DAVIS, Respondent, *v.* WILLIAM SCHONBERG et al., Appellants.

*D. H. Bolles* for the respondent.

Judgment affirmed by default.